# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JEROME FISHER, | ) Case No. CV 17-4746-DOC (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| HERIBERTO H. TELLEZ,<br>Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 5, 2017

*David O. Carter*
DAVID O. CARTER
U.S. DISTRICT JUDGE